# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ESCOBEDO, | Case No.  1:15-cv-01049---SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | December 17, 2015 Deadline |
| MAHMOOD MODIRZADEH, Trustee of the NAMAKI LIVING TRUST U/D/T dated June 27, 2002, et al., | |
| Defendants. | |

On November 17, 2015, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.   (ECF No. 14).   Accordingly, it is HEREBY ORDERED that:

1.      All pending matters and dates are VACATED; and

2.      The parties shall file dispositional documents on or before December 17, 2015.

IT IS SO ORDERED.

Dated:   **November 19, 2015**

_____

UNITED STATES MAGISTRATE JUDGE